**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**
**CANTON, OHIO**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-61512 |
| | ) | |
| JANICE PROTZ | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| | ) | JUDGE KENDIG |
| DEBTOR | ) | |
| | ) | <u>OBJECTION</u> |
| | ) | <u>TO CLAIM NO.8</u> |

Now comes the Chapter 7 Trustee, Anne Piero Silagy, and respectfully objects to Claim No. 8 filed by James and Julia Marunich.

The Trustee states that the claim is not entitled to priority.

WHEREFORE, the Chapter 7 Trustee, Anne Piero Silagy, respectfully requests the Court to enter an order disallowing Claim No. 8 filed by James and Julia Marunich as a priority claim and allowing the claim as an unsecured nonpriority claim.

                                        Respectfully submitted,

                                        <u>/s/Anne Piero Silagy</u>
                                        Anne Piero Silagy (#0030444)
                                        220 Market Avenue South
                                        Suite 900
                                        Canton, Ohio 44702
                                        Telephone: (330) 456-0900
                                        Facsimile: (330) 456-1981
                                        Attorney for Debtor

## CERTIFICATE OF SERVICE

I, Anne Piero Silagy, hereby certify that the foregoing **Objection to Claim and Notice** was sent by regular U.S. mail, postage prepaid, this 31st **day of July 2012** to the following:

Janice L Protz
3606 Manchester Ave NW
North Lawrence, OH 44666

Roetzel & Andress
222 S Main St
Akron, OH 44308

James and Julia Marunich
549 Tallmadge Rd
Cuyahoga Falls, Ohio 44221-4010


I, Anne Piero Silagy, hereby certify that the foregoing **Objection to Claim and Notice** was electronically transmitted on or about **July 31, 2012** via the Court's CM/ECF system to the following who are listed on the Court's Electric Mail Notice List:

- Melissa Joan Acayan     macayan@ohiolegalclinic.com, rauserlaw2002@yahoo.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com

- Bradley A Reisenfeld     ohbk@rslegal.com, ohbk@rslegal.com

- John J Rutter     jrutter@ralaw.com

- Bruce R Schrader     bschrader@ralaw.com

- Anne Piero Silagy     asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com

- United States Trustee     (Registered address)@usdoj.gov

- Gilbert B Weisman     NOTICES@BECKET-LEE.COM

- Holly N Wolf     bankruptcy@mdk-llc.com, ANHSMDK@earthlink.net;anhsmdk@zuckergoldberg.com

/s/Anne Piero Silagy
Anne Piero Silagy

**NOTICE OF HEARING**

Anne Piero Silagy, Chapter 7 Trustee, has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **August 31, 2012** you or your lawyer must:

    File with the court a written response to
    the objection, explaining your position, at:

        Clerk
        U.S. Bankruptcy Court
        Ralph Regula Federal Building
        401 McKinley Ave SW
        Canton, Ohio 44702

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:

        Anne Piero Silagy, Esq.
        220 Market Avenue South
        Suite 900
        Canton, Ohio 44702

        And
        Office of the United States Trustee
        Ho ward M. Metzenbaum U.S. Court House
        201 Superior Avenue
        Room 441
        Cleveland, Ohio 44114

Attend any hearing on the objection as set by the Court.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your exemption and will enter an order without further notice or hearing.

Date: July 31, 2012                  /s/Anne Piero Silagy
                                                           ANNE PIERO SILAGY
                                                           Chapter 7 Trustee
                                                           220 Market Avenue South
                                                           Suite 900
                                                           Canton, OH 44702
                                                           (330) 456-0900