IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

In Re:                              )        Case No. 06-61512-RK
                                    )
PROTZ, JANICE L                     )        Chapter 7
                                    )
            Debtor(s).              )        Judge:  KENDIG
                                    )
                                    )

**TRANSMITTAL OF UNCLAIMED FUNDS**

        ANNE PIERO SILAGY, trustee of this estate, reports the following:

        1.   Ninety days have passed since final distribution was made in this case.  A stop payment has been issued on all checks remaining unpaid.  The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

James and Julia Marunich
549 Tallmadge Rd.
Cuyahoga Falls, OH  44221

        2.   Your trustee's check for $30,000.00 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

        3.   Nothing further remains to be done in this case.

Date: October 16, 2015                      /s/ Anne Piero Silagy
                                            ANNE PIERO SILAGY, Trustee
                                            1225 South Main Street
                                            Suite 1
                                            North Canton, OH  44720
                                            (330) 526-8221

cc: United States Trustee